10/2002) General Document

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 22-62386-CIV

**Brian Wright**
_____
Plaintiff(s)

v.

**Sixt Rent A Car LLC**
_____
_____
_____
Defendant(s)

FILED BY _____ D.C.
MAY 26 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

**Motion Asking for More Time**
(TITLE OF DOCUMENT)

I, **Brian Wright**, plaintiff or defendant, in the above styled cause,

I'm writing asking the courts to give me more time to find a lawyer to replace Mr. Gill Sanchez who withdrew as counsel from my case because he was pressuring me to take an offer which I feel is unfair base on how I was treated by defendant. Once I told Mr. Sanchez that I wasn't taking the offer he stated I'm not dealing with this matter anymore I asked why he stated that the defendant doesn't want this matter out in the public.

So I'm asking the courts for time.

Thank you
Brian Wright

*[signature]*

## Certificate of Service

I _____ , certify that on this date _____ a true copy of the foregoing document was mailed to: _____
name(s) and address(es)

By: Brian Wright
Printed or typed name of Filer

Signature of Filer: *[signature]*

Florida Bar Number: 

E-mail address: BrianWright83l@yahoo

Phone Number: 954-549-6856

Facsimile Number: 954-549-6856

Street Address: 115 NE 2 pl

City, State, Zip Code: Hallandale Fla 33009