UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-62386-CIV-DIMITROULEAS

BRIAN WRIGHT,

    Plaintiff,

vs.

SIXT RENT A CAR. LLC,

    Defendant.

_____/

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

THIS CAUSE came before the Court upon the Motion to Withdraw as Counsel, filed on May 18, 2023 [DE 18], and Plaintiff Brian Wright ("Plaintiff")'s Motion Asking for More Time [DE 23], filed on May 26, 2023. The Court has carefully considered the Motions [DE's 18, 23] and is otherwise fully advised in the premises.

On May 18, 2023, the Court entered an Order deferring ruling on the Motion to Withdraw as Counsel until June 1, 2023 to allow Plaintiff an opportunity to file objections to the Motion. *See* [DE 20]. The Court stated that failure to timely file objections would result in the granting of the Motion. *See id.* No response to the Motion to Withdraw as Counsel was filed. However, on May 26, 2023, Plaintiff filed a Motion Asking for More Time, stating that he wanted more time to find a lawyer to replace his lawyer who withdrew as counsel. *See* [DE 23].

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion to Withdraw as Counsel [DE 18] is **GRANTED**. Gilberto E. Sanchez

is discharged from further responsibility to Plaintiff Brian Wright in connection with this action.

2. Plaintiff's Motion Asking for More Time [DE 23] is **DENIED**.  In the absence of Plaintiff obtaining new counsel and having said counsel file a Notice of Appearance, the Court will assume that Plaintiff is representing himself *pro se*.

3. By separate Order, the Court will issue a copy of the Court's Instructions to *Pro Se* Litigants to Plaintiff.

4. The Clerk is **DIRECTED** to provide a copy of this Order to Plaintiff at the address below.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida, this 2nd day of June, 2023.

*[signature]*

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record


Brian Wright

115 NE 2nd Terrace

Hallandale, FL 33009